Submitted on record and briefs September 3, affirmed October 27, 1999

In the Matter of the Marriage of

Abigail Lynn ESTELLE,
*Apellant,*

*and*

Ralph Arthur ESTELLE,
*Respondent.*

(97DM0288; CA A104507)

988 P2d 422

Abigail Lynn Estelle-Lok filed the brief *pro se*.

No appearance for respondent.

Before Edmonds, Presiding Judge, and Armstrong and Kistler, Judges.

PER CURIAM

Affirmed. *Nash v. Frank*, 161 Or App 126, 984 P2d 311 (1999).